**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6904**

DERRELL JOHNSON,

             Plaintiff - Appellant,

        v.

C.T. WOODY, JR., Sheriff,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-00708-CMH-JFA)

Submitted:  November 29, 2018                    Decided:  December 4, 2018

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrell Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrell Johnson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Woody*, No. 1:17-cv-00708-CMH-JFA (E.D. Va. July 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*